

OCT 1 2 2016

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**UNITED STATES OF AMERICA**

v.                                                                          Criminal Action No. **3:95CR45**

**MARVIN DAMON,**

Petitioner.

## MEMORANDUM OPINION

By Memorandum Opinion and Order entered on October 15, 2003, the Court denied a 28

U.S.C. § 2255 motion filed by Marvin Damon.  (ECF Nos. 604, 605.)  On June 27, 2016, the

Court received another 28 U.S.C. § 2255 motion from Damon ("§ 2255 Motion," ECF No. 630).

Damon also filed a Motion to Hold § 2255 Motion in Abeyance until Fourth Circuit Rules on

§ 2244 Motion.  (ECF No. 632.)  On July 22, 2016, the United States Court of Appeals for the

Fourth Circuit denied Damon permission to file a successive § 2255 motion.  (ECF No. 634.)

The Antiterrorism and Effective Death Penalty Act of 1996 restricted the jurisdiction of

the district courts to hear second or successive applications for federal habeas corpus relief by

prisoners attacking the validity of their convictions and sentences by establishing a "gatekeeping

mechanism." *Felker v. Turpin*, 518 U.S. 651, 657 (1996) (internal quotation marks omitted).

Specifically, "[b]efore a second or successive application permitted by this section is filed in the

district court, the applicant shall move in the appropriate court of appeals for an order

authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A).  The

Court has not received authorization from the United States Court of Appeals for the Fourth

Circuit to entertain Damon's § 2255 Motion.[1]  Accordingly, the § 2255 Motion (ECF No. 630)

---

[1] On July 22, 2016, the Fourth Circuit denied Damon permission to file a successive §
2255 motion.  (ECF No. 634.)

will be DISMISSED FOR WANT OF JURISDICTION.  Damon's Motion to Hold § 2255

Motion in Abeyance until Fourth Circuit Rules on § 2244 Motion (ECF No. 632) will be

DENIED AS MOOT.  The Court will deny a certificate of appealability.

An appropriate Final Order will accompany this Memorandum Opinion.

_____  /s/
M. Hannah Lauck
United States District Judge

Date:  OCT 1 2 2016
Richmond, Virginia

2